## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>FIFTEEN (15) MONTHS</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
1. Placed in a medical facility (Sleep Apnea; CPAP machine) as close to Exeter, NH as possible, consistent with the needs of BOP.
2. Participation in any available educational and vocational opportunities.
3. Defendant shall support all dependents from prison earnings.

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.
    ☐ At _ on _.

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ As notified by the United States Marshal.
    ☐ Before 2 p.m. on _.
    ☐ As notified by the Probation Office.

FILED
CHARLOTTE, NC

JUL 0 2 2018

US District Court
Western District of NC

**RETURN**

I have executed this Judgment as follows:

_____

Defendant delivered on *6-26-18* to *FMC Devens* at *Ayer, MA*, with a certified copy of this Judgment.

*CAPT S Spaulding (Warden)*
~~United States Marshal~~

By: *B. Brothers (CSO)*
~~Deputy Marshal~~